# Court of Appeals
# of the State of Georgia

ATLANTA, _____ May 18, 2016 _____

*The Court of Appeals hereby passes the following order:*

**A16A0690. WALLACE v. GRAY.**

Appellee Djuan Gray has moved to dismiss this appeal. In *Rivera v. Washington*, __ Ga. __ (Case No. S15G0887, decided March 25, 2016), the Georgia Supreme Court held that the denial of a motion to dismiss based upon an immunity defense is not subject to direct appeal. "Such a judicial determination presumptively applies retroactively to all cases in the 'pipeline'. [Cits.]" *Murphy v. Murphy*, 295 Ga. 376, 379 (761 SE2d 53) (2014).

The motion to dismiss is GRANTED and the appeal dismissed for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _____ 05/18/2016 _____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*